**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**AWILDA IGLESIAS-SOLIS,**

   **Plaintiff,**

      **v.**                                    **CIVIL NO. 11-1137 (GAG)**

**IPR PHARMACEUTICALS,**

   **Defendant.**

**JUDGMENT**

Pursuant to the court's order issued on this date (Docket No. 22), judgment is hereby entered dismissing this case.  The plaintiff's supplemental state-law claims are dismissed without prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of June, 2011.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge